IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | No. 04-333-1 |
| | : | |
| STEVEN HIGHT | : | |

## ORDER

**AND NOW**, this **22ⁿᵈ** day of **September 2020**, upon consideration of Defendant's Motion For Sentence Reduction Pursuant to 18 U.S.C. § 3582(c), the Government's response, and for the reasons provided in this Court's Memorandum dated September 22, 2020, it is **ORDERED** that:

1. The motion (Document No. 111) is **DENIED**.

2. Defendant's initial compassionate release motion (Document No. 107) is **DENIED as moot**.

3. Defendant's request seeking imposition of fine deferred (Document No. 113) is **DENIED**.

4. **IT IS FURTHER ORDERED** that the United States shall respond to Defendant's outstanding Motions to Vacate/ Set Aside/ Correct Sentence under 28 U.S.C. § 2255 (Document Nos. 99 and 103) no later than **Friday, October 9, 2020.**

BY THE COURT:


  /s/ Berle M. Schiller
**Berle M. Schiller, J.**